IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HECTOR SIMMONS,

    Petitioner,

v.	4:13cv494-WS/CAS

STATE OF FLORIDA,
DEPARTMENT OF CORRECTIONS,

    Respondent.

## ORDER DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed January 13, 2016. <u>See</u> Doc. 19. The magistrate judge recommends that Hector Simmons's § 2254 petition for writ of habeas corpus be denied. Simmons has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 19) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition (doc. 1) for writ of habeas corpus and this action are DENIED.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability and leave to appeal in forma pauperis are DENIED.

DONE AND ORDERED this ___17th___ day of ___February___, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE